# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CHANDRIKABEN PANCHAL<br>2450 Emmitsburg Rd<br>Gettysburg, PA 17325<br>Adams county, Cumberland<br><br>**Plaintiff,**<br><br>   vs.<br><br>KIRSTJEN M. NIELSEN, Secretary<br>of Homeland Security<br>Washington, DC  20528<br><br>L.FRANCIS CISSNA, Director of the<br>United States Citizenship and<br>Immigration Services<br>20 Massachusetts Avenue, N.W.<br>Washington, DC 20529<br><br>GREGORY RICHARDSON, Director of<br>the United States Citizenship and<br>Immigration Services'<br>Texas Service Center<br>4141 North St. Augustine Road<br>Dallas, TX 75227<br><br>   **Defendants.** | Case No.:<br><br><br>COMPLAINT |

# COMPLAINT

## DESCRIPTION OF ACTION

1. This complaint is brought by CHANDRIKABEN PANCHAL against the Defendants to compel a decision on her Form I-485, application for adjustment of status, which has been pending with the defendants for over six (6) years.

## JURISDICTION

2. This being a civil action against the United States arising under the Immigration and Nationality Act, 8 U.S.C. § 1101 et. seq., the Mandamus Act, 28 U.S.C. § 1361, and the Administrative Procedure Act, 5 U.S.C. § 701 et seq., all laws of the United States, original jurisdiction over this matter is vested in this Court by 28 U.S.C. § 1331.

## DESCRIPTION OF PARTIES

3. The plaintiff, CHANDRIKABEN PANCHAL is a citizen and national of India residing in the state of Pennsylvania. Her "alien number" is A088 616 269.

4 . The defendant, KIRSTJEN M. NIELSEN, is the Secretary of Homeland Security, and as such has the authority to adjudicate applications for adjustment of status (Form I-485). She resides for official purposes in the District of Columbia.

5. The defendant, L. FRANCIS CISSNA, is the Director of the United States Citizenship and Immigration Services (USCIS), the agency within the Department of Homeland Security which adjudicates Forms I-485. He resides for official purposes in the District of Columbia.

6. The defendant, GREGORY RICHARDSON, is the Director of the USCIS's Texas Service Center where CHANDRIKABEN PANCHAL's Form I-485 is currently pending, and has immediate responsibility for its adjudication. He resides for official purposes in the State of Texas.

## **BRIEF STATEMENT OF RELEVANT FACTS**

7. On December 14, 2011, Simmy D. Panchal, a U.S. citizen, filed a petition for alien relative (Form I-130) upon behalf of CHANDRIKABEN PANCHAL, her mother, with USCIS to classify Mrs. Panchal as an immigrant pursuant to 8 U.S.C. § 1151(b) on the basis of being a parent of a U.S. citizen.

8. This petition, assigned File No. MSC-12-902-20488, was approved by USCIS on December 12, 2016.

9. About the same time that Simmy D. Panchal filed the referenced Form I-130, CHANDRIKABEN PANCHAL filed a Form I-485 with the USCIS to adjust her U.S. immigration status to that of alien lawfully admitted for permanent residence, which was assigned File No. MSC1290220487.

10. Since that time CHANDRIKABEN PANCHAL has been interviewed on her application and made numerous follow up requests with the USCIS, all to no avail.

11. As of the date of the filing of this complaint there has yet to be a decision upon Mrs. Panchal's Form I-485.

## **COUNT I**

12. Defendant KIRSTJEN M. NIELSEN, Secretary of Homeland Security, Defendant L. FRANCIS CISSNA, Director of the United States Citizenship and Immigration Services, and Defendant GREGORY RICHARDSON, Director of the United States Citizenship and Immigration Services' Texas Service Center, are each and all officers or employees of the United States and the indicated agency.

13. Defendant KIRSTJEN M. NIELSEN, Secretary of Homeland Security, Defendant L. FRANCIS CISSNA, Director of the United States Citizenship and

Immigration Services, and Defendant GREGORY RICHARDSON, Director of the United States Citizenship and Immigration Services' Texas Service Center, each and all owe a duty to the Plaintiff CHANDRIKABEN PANCHAL to adjudicate her I-485 within a reasonable period of time. 5 U.S.C. § 555(b) ("With due regard for the convenience and necessity of the parties or their representatives and within a reasonable time, each agency shall proceed to conclude a matter presented to it.").

15. According to the USCIS's own website, current processing times for Forms I-485 at the Texas Service Center is 9 to 21 months.

16. Accordingly, the over six (6) years in which this application has been pending with Defendant KIRSTJEN M. NIELSEN, Secretary of Homeland Security, Defendant L. FRANCIS CISSNA, Director of the United States Citizenship and Immigration Services, and Defendant GREGORY RICHARDSON, Director of the United States Citizenship and Immigration Services' Texas Service Center, is well beyond that which these officers or employees reasonably require to adjudicate it.

17. This Court has authority under 28 U.S.C. § 1361 to compel an officer or employee of the United States to perform a duty owed to the Plaintiffs.

18   . This Court also has authority under 5 U.S.C. § 706(1) to compel agency action unlawfully withheld or unreasonably delayed.

## **RELIEF REQUESTED**

WHEREFORE it is respectfully requested that the Court compel Defendants KIRSTJEN M. NIELSEN, Secretary of Homeland Security, L. FRANCIS CISSNA, Director of the United States Citizenship and Immigration Services, and GREGORY RICHARDSON, Director of the United States Citizenship and Immigration Services' Texas Service Center, to adjudicate CHANDRIKABEN PANCHAL's Form I-485 in no more than 30 days from the date of the Court's order, and to take such other action as it deems appropriate.

Respectfully submitted,

Dated this   10th day of April, 2018

                                            *s/ Michael E. Piston*
                                       Michael E. Piston MI0002
                                       Attorney for the Plaintiff
                                       225 Broadway, Suite 307
                                       New York, NY, 10007
                                       Ph: 646-845-9895
                                       Fax: 206-770-6350
                                       Email: michael@piston.net