**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

_____

|  |  |  |
|---|---|---|
| CHANDRIKABEN PANCHAL, | ) | |
| | ) | |
| **Plaintiff** | ) | |
| | ) | |
| v. | ) | **Civil Action No. 18-0811 (TNM)** |
| KRISTJEN M. NIELSEN, Sec'y | ) | **ECF** |
| DEP'T OF HOMELAND SECURITY | ) | |
| | ) | |
| **Defendants** | ) | |

_____)

**MOTION TO ENLARGE TIME TO FILE DEFENDANT'S ANSWER**
**OR OTHER RESPONSE TO PLAINTIFF'S COMPLAINT**

Pursuant to Fed. R. Civ. P. 6(b)(1)(A), Kristjen M. Nielsen, in her official capacity as Secretary of the Department of Homeland Security, *et al*. ("Defendants"), by and through the undersigned counsel, respectfully request this enlargement of time until July 25, 2018, to file Defendants' Answer or Other Response to the complaint filed by Chandrikaben Panchal ("Plaintiff").  In support hereof, Defendants state the following:

1. Plaintiff filed this complaint pursuant to the Administrative Procedure Act, 5 U.S.C. § 701, *et seq*., to compel a decision on her Form I-485, application for adjustment of status.  *See generally* ECF No. 1.  Defendants' response to Plaintiff's complaint is due next week.

2. Defendants respectfully request this enlargement to enable the undersigned to confer with Agency Counsel regarding how the Agency would like to respond to this litigation, including an adjudication that could render this action moot or some other approach.

3.      The undersigned has only recently been able to start the process of conferring with Agency Counsel because he had been engaged in pretrial motion practice on a Title VII action that is schedule to go to trial next month.  The pretrial conference was just this last Tuesday.

4.      Pursuant to LCvR 7(m), the undersigned conferred with Plaintiff's counsel who graciously consent to this request.

WHEREFORE, Defendants respectfully request that the Court grant the requested relief. A proposed Order reflecting the requested relief is respectfully attached for the Court's consideration, but a Minute Order would be just as welcome if the Court prefers.

June 22, 2018                                    Respectfully submitted,


                                                JESSIE K. LIU, D.C. Bar No. 472845
                                                United States Attorney
                                                for the District of Columbia

                                                DANIEL F. VAN HORN, D.C. Bar # 924092
                                                Civil Chief

                                                By:   ___/s/_____
                                                KENNETH ADEBONOJO
                                                Assistant United States Attorney
                                                Judiciary Center Building
                                                555 4th Street, N.W. B Civil Division
                                                Washington, D.C. 20530
                                                Telephone: (202) 252-2562

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

_____

| | )
**CHANDRIKABEN PANCHAL,** )
        )
    **Plaintiff** )
        )
      **v.** )     **Civil Action No. 18-0811 (TNM)**
**KRISTJEN M. NIELSEN, Sec'y** )     **ECF**
**DEP'T OF HOMELAND SECURITY** )
        )
    **Defendants** )
_____)

## <u>ORDER</u>

After considering this motion, the record herein, and applicable law,

it is this _____ day of _____, 201_, hereby

**ORDERED**, that the Defendants' motion is hereby GRANTED; and it is

**FURTHER ORDERED**, that Defendants shall file their Answer or Other Response to

Plaintiff's complaint no later than July 25, 2018.


_____
      HON. TREVOR N. McFADDEN, U.S.D.J.
DATE

## **CERTIFICATE OF SERVICE**

I certify that I caused a copy of the foregoing Defendants' Motion to Enlarge Time to be served upon Plaintiff's counsel via ECF.

/s/
_____
KENNETH ADEBONOJO
Assistant United States Attorney
